UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

DANIEL HOLMES and KAREN HOLMES,

                                Plaintiffs,

        v.

WELLS FARGO, N.A., a National Banking
Association, CAL-WESTERN
RECONVEYANCE CORP., a California
Corporation,

                                Defendant.

11-CV-6394-TC


ORDER

COFFIN, Magistrate Judge:

    Plaintiff's voluntary motion (#25) to dismiss this action without prejudice is allowed and this

action is dismissed.

                                DATED this ____ day of February, 2012 .

                                _____
                                THOMAS M. COFFIN
                                United States Magistrate Judge

Page 1 - ORDER