IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANIEL HOLMES and KAREN HOLMES, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO, N.A., a National Banking Association, CAL-WESTERN RECONVEYANCE CORP., a California corporation, <br><br> Defendants. | 6: 11-cv-6394-TC <br><br> ORDER |

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on March 22, 2012. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).

1   - ORDER

See also <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed with prejudice for failure to prosecute. The clerk of court is directed to enter judgment accordingly.

DATED this 7th day of May, 2012.

_____
Michael R. Hogan
United States District Judge

2   - ORDER